UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ROCHA, an individual; and ESTER ROCHA, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMCO INSURANCE COMPANY; NATIONWIDE INSURANCE COMPANY OF AMERICA; ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY; VICTORIA FIRE AND CASUALTY COMPANY; CRESTBROOK INSURANCE COMPANY; DEPOSITORS INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; and TITAN INDEMNITY COMPANY,<br><br>Defendants | Case No. EDCV 18-769-GW-SPx<br><br>Hon. George H. Wu<br><br>**MODIFIED ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Judge:       Hon. George H. Wu<br><br>Action Filed:   April 16, 2018 |

Defendants AMCO Insurance Company, Nationwide Insurance Company of America, Allied Property and Casualty Insurance Company, Victoria Fire and Casualty Company, Crestbrook Insurance Company, Depositors Insurance Company, Nationwide Mutual Insurance Company and Titan Indemnity Company submitted a Request for Entry of Modified Order Dismissing Case Without

1 Prejudice to this Court.  (Docket No. 82.)  After consideration of the Request for
2 Entry of Modified Order and good cause appearing, the Court Orders as follows:
3      The Court dismisses this action without prejudice.  If Plaintiffs Francisco or
4 Ester Rocha refile this action, he or she must do so in the United States District
5 Court for the Central District of California.  This order supersedes the Court's
6 June 5, 2020 minute order.  (Docket No. 82.)  The Request for Entry of Modified
7 Order is GRANTED.

     IT IS SO ORDERED.

Dated: June 9, 2020

*[signature]*

HON. GEORGE H. WU,

U.S. DISTRICT JUDGE

114925420